# MOTT & GENDRON LAW

## _Attorneys and Counselors at Law_

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire                                              Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                                    Fax:  (717) 232-0477

March 11, 2022

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Andrew Charles Hoy
       Bankruptcy No:1:22-bk-00028

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

CREDITO REAL
101 NE 3RD AVENUE
FORT LAUDERDALE, FL 33301

to:

CREDITO REAL
1475 W CYPRESS CREEK ROAD
SUITE 300
FORT LAUDERDALE, FL 33309


Please remove old address from mailing matrix.


Thank you for your attention to this matter.

Sincerely,

_/ s/ Elizabeth Snyder_

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law