IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| ANDREW CHARLES HOY : | |
|     Debtor : | CASE NO. 1:22-bk-00028 |
| : | |
| CREDIT ACCEPTANCE : | |
| CORPORATION, : | |
|     Movant : | |
| : | |
| v. : | |
| : | |
| ANDREW CHARLES HOY, : | |
|     Respondent : | |
| : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.
2. Admitted.
3. Admitted.
4. A.
   1. Admitted.
   2. Admitted.
   B.
   1. Admitted.
   2. Admitted.
   3. Admitted.
   4. Admitted.
   C.
   1. Proof of value of collateral is demanded at trial and this paragraph is therefore denied.
   D.
   1. Proof of amount owed is demanded at trial and this paragraph is therefore denied.
   2. Proof of default is demanded at trial and this paragraph is therefore denied. The Debtor erroneously believed that the vehicle payments were included in his plan payments and has now taken steps to make the payments.
5. 
   A. The Debtor erroneously believed that the vehicle payments were included in his plan payments and has now taken steps to make the payments.

   WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott
_____
Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com