IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: )
)
ANDREW CHARLES HOY ) Chapter 13
**Debtor(s)** )
) Case No.: 1:22-bk-00028-(HWV)
)
)
)
)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 13, 2022, I served a copy of the Request To Re-List Matter For Hearing to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtor | Regular Mail |
| Andrew Charles Hoy | |
| 21 Clover Lane | |
| Halifax, PA 17032 | |

The following parties were served with the Request via electronic means on July 13, 2022:

| Debtor's Attorney | Trustee |
|---|---|
| Kara Katherine Gendron, Esq. | Jack N. Zaharopoulos |
| Mott & Gendron Law | Standing Chapter 13 Trustee |
| 125 State Street | 8125 Adams Drive, Suite A |
| Harrisburg, PA 17101 | Hummelstown, PA 17036 |

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: 7/13/22

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania