IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANDREW CHARLES HOY | : | |
| Hoy, Andrew Charles | : | CASE NO. 1:22-bk-00028 |
|     Debtor | : | |
| | : | |
| CREDIT ACCEPTANCE | : | CERTIFICATE OF DEFAULT |
| CORPORATION, | : | |
|     Movant | : | |
| | : | |
| ANDREW CHARLES HOY | : | |
| Hoy, Andrew Charles, | : | |
|     Respondent | : | |

## ANSWER TO CERTIFICATE OF DEFAULT

The Debtor has made the following payments and is not in default.

```
Conf #       Date        Amount
8745134  -   5/2/23      $416.65
9266120  -   5/16/23     $416.65
9772753  -   5/30/23     $416.65
10330928 -   6/14/23     $416.65
```

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
Attorney ID 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com

Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
Attorney ID 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com