IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANDREW CHARLES HOY | : | |
|     Debtor | : | CASE NO. 1:22-bk-00028 |
| | : | |
| LAKEVIEW LOAN SERVICING, LLC, | : | |
|     Movant | : | CERTIFICATE OF DEFAULT |
| | : | |
| ANDREW CHARLES HOY | : | |
|     Respondent | : | |

## ANSWER TO CERTIFICATE OF DEFAULT

The Debtor has the funds to cure the default.

    WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

    Respectfully submitted,

/s/ Dorothy L. Mott

_____
Dorothy L. Mott, Esquire
Attorney ID 43568
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com