UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW CHARLES HOY : CHAPTER 13
     Debtor :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
 :
     vs. :
 :
ANDREW CHARLES HOY :
     Respondent : CASE NO. 1-22-bk-00028

## TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 9th day of January, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.
   b. The plan is underfunded relative to claims to be paid. The plan needs to pay a total of approximately $49,336.00 in order to be fully funded.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                         Respectfully submitted:

                         Jack N. Zaharopoulos
                         Standing Chapter 13 Trustee
                         8125 Adams Drive, Suite A
                         Hummelstown, PA 17036
                         (717) 566-6097

            BY:    /s/Douglas R. Roeder
                      Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 9th day of January, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA 17101

                                                /s/Deborah A. DePalma
                                                Office of Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee